**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO: CV 02-CV-209 DWF/AJB**

| | |
|---|---|
| Andrew Carlson,<br><br>Plaintiff,<br><br>vs.<br><br>First Revenue Assurance and U.S. Bank National Association, ND,<br><br>Defendants. | **ORDER** |

This matter came on for hearing on July 30, 2002 on the motion of Plaintiff Andrew Carlson for an extension of time to respond to Defendant First Revenue Assurance's Motion for Summary Judgment in order to conduct the deposition of Judith LaSpada, the President of Defendant First Revenue Assurance.

Jill N. Brown, Morrison, Fenske & Sund, P.A., 5125 County Road 101, Suite 102, Minnetonka, Minnesota 55345 appeared by telephone on behalf of Defendant First Revenue Assurance. Thomas J. Lyons, Jr., Consumer Justice Center, P.A., 342 East County Road D, Little Canada, Minnesota 55117 appeared by telephone on behalf of Plaintiff Andrew Carlson.

Based upon all the files, records and proceedings herein, and upon the arguments of counsel, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion for an Extension of Time is granted;
2. Plaintiff is allowed to depose Judith LaSpada until September 6, 2002;
3. Plaintiff's Response to Defendants' Summary Judgment Motion is due on or before September 13, 2002; and

JUL 31 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

4. Defendant's Reply Memorandum is due on or before September 20, 2002, and the motion is to be filed thereafter.

Dated: 7/31/02

Arthur J. Boylan
United States Magistrate Judge