**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Andrew Carlson,

Plaintiff,

v.

First Revenue Assurance and U.S. Bank National Association, ND,

Defendants.

Civil File No. 02-CV-209 DWF/AJB

**STIPULATION FOR DISMISSAL WITH PREJUDICE** AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Andrew Carlson and defendant U.S. Bank National Association, through their respective undersigned attorneys, that all claims against defendant U.S. Bank National Association in the above-entitled action may be and hereby are dismissed with prejudice and on the merits, without costs or disbursements to any party.

Date: 8/2, 2002.

DORSEY & WHITNEY LLP

By [signature]
Vernle C. Durocher, Jr. (#208966)
Thomas L. Nuss (#0287453)
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 340-2600
Attorneys for Defendant
U.S. Bank National Association

FILED AUG 0 5 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

CONSUMER JUSTICE CENTER, P.A.

Date: 8/1, 2002.

By ______________________
Thomas J. Lyons, Jr. (#0249646)
342 E. County Road D
Little Canada, MN 55117
Telephone: (651) 770-9707
Attorneys for Plaintiff Andrew Carlson

**ORDER**

IT IS HEREBY ORDERED that Plaintiffs' claims against defendant U.S. Bank National Association are dismissed with prejudice.

Dated: August 5, 2002.

______________________
Donovan W. Frank
United States District Court Judge