AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Andrew Carlson

V.

First Revenue Assurance

## JUDGMENT IN A CIVIL CASE

Case Number: 02-209 DWF/AJB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Defendant's motion for summary judgment is granted and the complaint is dismissed with prejudice.

December 19, 2002
Date

RICHARD D. SLETTEN, CLERK

(By) Victoria Moralez, Deputy Clerk