SCANNED
APR 3 2004
VEM
U.S. DISTRICT COURT ST. PAUL

# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 03-1772

CV02-209 DWF/AJB

| | | |
|---|---|---|
| Andrew Carlson, | * | |
| Appellant, | * | |
| vs. | * | Appeal from the United States District Court for the District of Minnesota |
| First Revenue Assurance, | * | |
| Appellee. | * | |

Appellee shall recover from the appellant the sum of One Hundred Thirty-Seven Dollars and Ninety-Two Cents ($137.92) as taxable costs on appeal. The clerk of the United States District Court is directed to place these costs in the previously issued mandate.

(5232-010199)

March 31, 2004

Order Entered Under Rule 27B(a):

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

FILED APR 2 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK VEM